In the Matter of EDWARD S. LEVINE, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Appellants.

Argued January 9, 1950; decided February 23, 1950.

*Charles W. Chattaway* and *Alvin McKinley Sylvester* for appellants.

*James I. Cuff, Lillian E. Cuff* and *Abraham B. Hertz* for Metropolitan Package Stores Association, *amicus curiæ*, in support of appellants' position.

*Daniel J. Riesner, Julian Jawitz* and *Richard I. Donner* for respondent.

Order affirmed and order absolute ordered against appellants on the stipulation, with costs; appeal taken as of right dismissed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.